JAMES DE WINDT, Appellant, v. ANTHONY DE STEFANO, as Public Officer of New York City, Respondent.

Submitted May 14, 1945; decided July 19, 1945.

*Nathaniel L. Goldstein, Attorney-General (Howard F. Danihy* of counsel), for motion to dismiss appeal.

*James De Windt,* in person, for cross motion and in opposition to motion to dismiss appeal.

Motion to dismiss appeal granted and appeal dismissed.

Motion for a certificate showing that a constitutional question is involved, denied.

METROPOLITAN LIFE INSURANCE COMPANY, Appellant, v. UNION TRUST COMPANY OF ROCHESTER, Respondent, et al., Defendants.

Submitted June 11, 1945; decided July 19, 1945.

Motion by appellant for reargument denied, with $10 costs and necessary printing disbursements. [See 294 N. Y. 254.]